**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 27, 2026**

Tiffany Strelow Cobb
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| John A. Johnson, and<br>Latha Johnson, | : | Case No. 26-50434 |
| Debtors. | : | Judge Tiffany Strelow Cobb |

**ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**
**(Related to Doc. 23)**

This matter is before the Court upon the *Second Motion to Extend Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Related Documents* (Doc. 23) (the "Motion")[1], filed by Debtors John A. Johnson and Latha Johnson. The Motion requests an order further extending the deadline for the Debtors to file their Schedules and Related Documents until

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

through and including February 26, 2026. Upon review and consideration of the Motion, the Court finds that notice of the Motion was proper under the circumstances, and that good cause exists for granting the relief requested therein. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED as set forth herein.

2. The deadline for the Debtors to file their Schedules and Related Documents is extended until through and including February 26, 2026.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**SO ORDERED.**

Copies to: Default List

United States Bankruptcy Court
Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 26-50434-tsc |
| John A. Johnson | Chapter 7 |
| Latha Johnson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 2 |
| Date Rcvd: Feb 27, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A. Johnson, Latha Johnson, 4319 Vaux Link, New Albany, OH 43054-9683 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Brent A Stubbins | bstubbins@swbwlawfirm.com bs@trustesolutions.net |
| Joshua A. Koltak | on behalf of Creditor Mutual Federal A Division of First Bank Richmond jkoltak@fgks-law.com, mbrautigam@fgks-law.com |
| Philip K Stovall | on behalf of Joint Debtor Latha Johnson pstovall@hahnlaw.com cmb@hahnlaw.com;ecarter@hahnlaw.com |
| Philip K Stovall | on behalf of Debtor John A. Johnson pstovall@hahnlaw.com cmb@hahnlaw.com;ecarter@hahnlaw.com |
| Robert B Trattner | |

on behalf of Creditor PNC Bank National Association rtrattner@ttmlaw.com

Thomas R Merry
on behalf of Creditor JPMORGAN CHASE BANK N.A. tmerry@thomasrmerrylaw.com

TOTAL: 7